THE STATE, EX REL. ROBERTSON, *v.* BOSWELL.

From the Tippecanoe Circuit Court.

*Z. Baird, J. McCabe,* and *R. Jones,* for appellant.

*J. R. Coffroth, H. W. Chase, J. A. Wilstach,* and *F. T. Chase,* for appellee.

WORDEN, J.—The question involved in this case is, whether Robertson, the relator, or Boswell, the appellee, was the legal

county commissioner for district number 2, in Benton county, Indiana. The court below decided for the appellee, and we affirm the judgment, for reasons stated in the case of *Foltz* v. *The Board, etc., Benton Co., ante,* p. 562, involving the same question.

The judgment below is affirmed, with costs.